IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **LASHAWNDA BROWN** | **PLAINTIFF** |
| v. | CAUSE NO. 1:18CV243-LG-RHW |
| **WAL-MART STORES EAST, L.P.; AMANDA PAYTON; and JOHN AND JANE DOES I-X** | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that the defendants are entitled to summary judgment.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Lashawnda Brown's claims against the defendants are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 12th day of September, 2019.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE